FILED
98 JUL 24 PM 12
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JESSE E. HAYGOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 98-G-0834-S |
| | ) | |
| PAUL L. SPAIN, | ) | |
| | ) | |
| Defendant. | ) | |

ENTERED
JUL 24 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 2, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. The plaintiff filed objections to the report and recommendation on July 13, 1998.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 24th day of July, 1998.

J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE

14